# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LAURIE VIGNAUD** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:18-cv-00603 |
| **CAPITAL ONE, N.A.,** | § | |
| Defendant. | § | |
| | § | |

## PLAINTIFF LAURIE VIGNAUD'S UNOPPOSED MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE (BRANCH CLOSURE CLAIMS ONLY)

Plaintiff Laurie Vignaud no longer wishes to pursue her branch closure claims against Defendant Capital One and asks the Court to dismiss those claims with prejudice.

This motion is not opposed by Capital One.

Nothing in this motion, however, is intended to dismiss Plaintiff's employment and retaliation claims against Defendant Capital One.

Plaintiff asks the Court to grant this partial dismissal with prejudice. A suggested order for the Court's consideration and entry accompanies this motion.

Dated: September 27, 2021.

Respectfully submitted,

THE HALL LAW FIRM

*/s/ Benjamin L. Hall, III*
**Benjamin L. Hall, III** (*Lead Attorney*)
State Bar No. 08743745
Federal Bar No. 8787
Email: bhall@bhalllawfirm.com
**William L. Van Fleet, II**
State Bar No. 20494750

1

Federal Bar No. 3670
Email: bvfleet@comcast.net
530 Lovett Boulevard
Houston, Texas 77006
Telephone: (713) 942-9600
Facsimile: (713) 942-9566

**THE ODOM LAW FIRM**

/s/*Al Odom*
**Al Odom**
State Bar No. 15201100
Fed. Id. No. 12913
Email: aodom@aodomlawfirm.com
601 Sawyer, Suite 225
Houston, Texas 77007
Telephone: (713) 357-5153
Facsimile: (713) 588-8637

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2021, a copy of the foregoing document was served via the court's CM/ECF Filing System, upon all counsel of record in this cause.

*/s/ Al Odom*
**Al Odom**