IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURIE VIGNAUD,<br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:18-cv-00603<br>§<br>§<br>§<br>§ |

**ORDER**

Having considered Plaintiff Laurie Vignaud's Unopposed Motion For Partial Dismissal With Prejudice (Branch Closure Claims Only), and finding that Defendant Capital One, N.A. consents to the relief requested in the Motion, the Court **ORDERS** that:

1. Vignaud's Unopposed Motion For Partial Dismissal With Prejudice (Branch Closure Claims Only) is hereby GRANTED;

2. Vignaud's Branch Closure Claims are hereby dismissed with prejudice;

IT IS SO ORDERED.

This ____ day of _____, 2021.

_____
Hon. Alfred H. Bennett
UNITED STATES DISTRICT JUDGE