# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA SMITH, | § | |
| LAURIE VIGNAUD, | § | |
| ELISABETH JOHNSON, | § | |
| STACI CHILDS, | § | |
| CHARLESLEY WATT, | § | |
| ALANE LILLIE, ERIC | § | |
| GOODWINE, DWIGHT | § | CIVIL ACTION NO. 4:18-cv-00603 |
| OSBORNE, TANYA | § | |
| DOUGLAS, REUBEN | § | |
| BROWN, CAROL | § | |
| GALLOWAY, ANDRE | § | |
| SMITH, JACQUELYN | § | |
| MALONE, TERRY MILLS | § | |
| and JOSE LEAL, | § | |
| Individually, and | § | |
| LEAGUE OF UNITED | § | |
| LATIN AMERICAN | § | |
| CITIZENS, DISTRICT | § | |
| VIII ("LULAC"), | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | | |
| | | |
| CAPITAL ONE, N.A., | | |
| | | |
| Defendant. | | |

## PLAINTIFF LAURIE VIGNAUD'S UNOPPOSED MOTION TO DISMISS ALL REMAINING CLAIMS AGAINST COAPITAL ONE WITH PREJUDICE

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE ALFRED H. BENNETT:**

Plaintiff Laurie Vignaud moves to dismiss all her remaining claims against Defendant Capital One with prejudice.

Plaintiff asks the Court to enter an order granting this unopposed motion to dismiss with prejudice. Granting this motion will conclude this litigation as to all claims and all parties. A proposed order for the Court's consideration and entry accompanies this motion.

Respectfully submitted,

**THE HALL LAW FIRM**

*/s/Benjamin L. Hall, III*
**Benjamin L. Hall, III** (*Lead Attorney*)
State Bar No. 08743745
Federal Bar No. 8787
Email: bhall@bhalllawfirm.com
**William L. Van Fleet, II**
State Bar No. 20494750
Federal Bar No. 3670
Email: bvfleet@comcast.net
530 Lovett Boulevard
Houston, Texas  77006
Telephone: (713) 942-9600
Facsimile:  (713) 942-9566


**THE ODOM LAW FIRM**

/s/*Harold A. Odom*
**Harold A. "Al" Odom**
State Bar No. 15201100
Federal Bar No. 12913
Email: aodom@aodomlawfirm.com
601 Sawyer Street, Suite 225
Houston, Texas 77007
Telephone: (713) 357-5153
Facsimile: (713) 588-8437


**THE VILLACORTA LAW FIRM**

*/s/ Adrian V. Villacorta*
**Adrian V. Villacorta**
State Bar No. 24003111
Federal ID No. 31243
530 Lovett Blvd.
Houston, Texas 77006
Telephone: (832) 991-8864
Facsimile: (832) 201-7469
Email: avillacorta@avvlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 19, 2021, a copy of the foregoing document was served via email upon all counsel of record.

                                                 */s/ Benjamin L. Hall, III*
                                                 **Benjamin L. Hall, III**